UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | | Chapter 7 |
| ) | | |
| GEMKOW, RONALD L ) | | Case No. 05-44528-SQU |
| GEMKOW, MARY D ) | | |
| Debtor(s). ) | | Hon. JOHN H. SQUIRES |

**Notice of Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment
of Property by the Trustee**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At: DuPage County Courthouse, 505 N. County Farm Rd., Courtroom 4016, Wheaton, IL 60187

    On: **May 15, 2009**              Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    Receipts                                                                                         $18,727.14

    Disbursements                                                                                  $55.97

    Net Cash Available for Distribution                                                  $18,671.17

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| GINA B. KROL *Trustee Compensation* | $0.00 | $2,622.71 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows: None

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors.  The priority dividend is anticipated to be 0.0000% .

Allowed priority claims are:  None

7. Claims of general unsecured creditors totaling $34,535.45 have been allowed and will be paid *pro rata*  only after all allowed administrative and priority claims have been paid in full.  The general unsecured dividend is anticipated to be 46.4700% .

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
| --- | --- | --- | --- |
| 000001 | Asset Acceptance | $6,680.14 | $3,104.23 |
| 000002 | Asset Acceptance | $2,836.43 | $1,318.08 |
| 000003 | Asset Acceptance | $11,235.80 | $5,221.22 |
| 000004 | Asset Acceptance | $1,478.49 | $687.05 |
| 000005 | Credigy Receivables Inc | $5,236.69 | $2,433.47 |
| 000006 | Us Department Of Education | $4,888.90 | $2,271.84 |
| 000007 | Cavalry Portfolio Services Llc Assi | $2,179.00 | $1,012.57 |

8. Proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the CLERK OF BANKRUPTCY COURT, KENNETH S. GARDNER, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*.  If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor(s) have been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
| --- | --- |
| BANK ACCONTS | $400.00 |
| Security Deposit | $1,400.00 |
| Household Goods | $1,000.00 |
| CLOTHES | $600.00 |
| FUR COAT | $300.00 |
| 401(K) | $12,646.06 |
| IRA | $913.00 |
| Automobile | $8,375.00 |

Dated: **April 17, 2009**                                                                 For the Court,

                                                    By:   **KENNETH S. GARDNER**
                                                          CLERK OF BANKRUPTCY COURT
                                                          KENNETH S. GARDNER

Trustee:       Gina B. Krol
Address:      105 West Madison Street
                    Suite 1100
                  Chicago, IL  60602-0000
Phone No.:    (312) 368-0300

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: amcc7                  Page 1 of 1                  Date Rcvd: Apr 17, 2009
Case: 05-44528                Form ID: pdf002              Total Served: 31

The following entities were served by first class mail on Apr 19, 2009.
db/jdb        +Ronald L Gemkow,    Mary D Gemkow,    741 S Bruner Street,    Hinsdale, IL 60521-4336
aty           +Kent A Gaertner,    Springer, Brown, Covey, Gaertner & Davis,    400 S. County Farm Rd., Suite 330,
                Wheaton, IL 60187-4547
tr            +Gina B Krol, ESQ,    Cohen & Krol,    105 West Madison St Ste 1100,    Chicago, IL 60602-4600
9996170      ++AMERICREDIT,    PO BOX 183853,    ARLINGTON TX 76096-3853
               (address filed with court: Americredit,      4001 Embarcadaro,    Arlington, TX 76014)
10594838      +Cavalry Portfolio Services LLC assignee of Mobil,     7 Skyline Drive  Third Floor,
                Hawthorne, NY 10532-2156
9996173       +Citibank,    c/o Asset Acceptance,    P.O. Box 2036,    Warren, MI 48090-2036
9996174       +Collection,    700 Longwater Driv,    Norwell, MA 02061-1796
9996175       +Corus Bank,    P.O. Box 25586,    Chicago, IL 60625-0586
10553141      +Credigy Receivables Inc,    Credigy Services Corp,    POB 2689,    Suwanee, GA 30024-0984
9996176       +Dependon Collection Se,    7627 W Lake St 210,    River Forest, IL 60305-1878
9996177       +Direct Loans-Student Loan,    U.S. Department of Education,    P.O. Box 530260,
                Atlanta, GA 30353-0260
9996178        Direct Merchants Bank,    PO Box 21550,    Tulsa, OK 74121-1550
9996179       +Discover/Credigy Recievables,    c/o Stewart & Associates, P.C.,    P.O. Box 2629,
                Suwanee, GA 30024-0983
9996180       +First Select Corporation,    Po Box 9180,    Pleasanton, CA 94566-9180
9996181        GMAC,    P.O. Box 51014,    Carol Stream, IL 60125-1014
9996182       +Gold Key Credit,    625 US Highway 1,    Suite 105,    Key West, FL 33040-5603
9996183       +Household Bank/Asset Acceptance,    c/o Freedman, Anselmo, et. al.,    P.O. Box 3228,
                Naperville, IL 60566-3228
9996184       +Lord & Taylor,    300 Sheffield Ctr,    Lorain, OH 44055-3129
9996185       +Marshall Fields,    c/o Asset Acceptance,    P.O. Box 2039,    Warren, MI 48090-2039
9996187       +Montgomery Wards,    c/o Asset Acceptance,    P.O. Box 2039,    Warren, MI 48090-2039
9996189        Nco- Medclr,    Pob 41448,    Philadelphia, PA 19101
9996192       +Nes/Idapp,    2412 W Lawrence Av,    Chicago, IL 60625-3282
9996193        Philip Girgis, DDS,    4704 Gilbert Avenue,    La Grange, IL 60525
9996194       +Quest Diagnostics,    c/o American Medical Collection,    2269 S. Saw Mill River Rd.,
                Elmsford, NY 10523-3832
9996195       +Sears,    c/o Risk Management Alternative,    4360 Northeast Expressway,    Atlanta, GA 30340-3401
10563227       US DEPARTMENT OF EDUCATION,    DIRECT LOAN SERVICING CENTER,    PO BOX 5609,
                GREENVILLE, TX 75403-5609
9996196       +Us Dept Of Education,    501 Bleecker St,    Utica, NY 13501-2401
9996197      ++VON MAUR INC,    6565 BRADY STREET,    DAVENPORT IA 52806-2054
               (address filed with court: Von Maur,     6565 Brady,    Davenport, IA 52806)

The following entities were served by electronic transmission on Apr 18, 2009.
9996171       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM                            Asset Acceptance LLC,
                POB 2036,    Warren, MI 48090-2036
9996186       +E-mail/Text: tjordan@mcscol.com                            Medical Collections Sy,
                725 S. Wells Ave Ste 700,    Chicago, IL 60607-4578
9996188       +E-mail/PDF: gecsedi@recoverycorp.com Apr 18 2009 04:26:06      Montgomery Wards,   P O Box 29110,
                Merriam, KS 66201-1410
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
9996172*     +Asset Acceptance,    PO Box 2036,    Warren, MI 48090-2036
9996190*      Nco- Medclr,    Pob 41448,    Philadelphia, PA 19101
9996191*      Nco- Medclr,    Pob 41448,    Philadelphia, PA 19101
                                                                                              TOTALS: 0, * 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 19, 2009**                         **Signature:**    *Joseph Speetjens*