IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: ) | IN CHAPTER 7 |
| ) | |
| **RONALD L. GEMKOW,** ) | |
| **MARY D. GEMKOW,** ) | No. 05 B 44528 |
| ) | |
| Debtor(s). ) | |

## ORDER ABANDONING ASSETS

AT CHICAGO, ILLINOIS, IN SAID DISTRICT AND DIVISION
BEFORE THE HONORABLE **JOHN H. SQUIRES,** BANKRUPTCY JUDGE
THIS 15th DAY OF MAY, 2009

This cause coming on to be heard upon the Motion of GINA B. KROL, Trustee herein, to Abandon Interest in Assets of the above-named Debtors, due notice having been given to all parties in interest and the Court being fully advised, NOW THEREFORE:

IT IS HEREBY ORDERED that GINA B. KROL, Trustee herein, is hereby authorized to abandon her interest in assets of the Debtor, namely, Bank Accounts, Security Deposit, Household Goods, Clothes, Fur Coat, 401(K), IRA, and Automobile.

ENTER:

MAY 15 2009

GINA B. KROL
COHEN & KROL
105 W. Madison St., Ste 100
Chicago, IL 60602
312/368-0300

_____
BANKRUPTCY JUDGE