UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| | | |
|---|---|---|
| In re: | § | Case No. 05-44528 SQU |
| GEMKOW, RONALD L | § | |
| GEMKOW, MARY D | § | |
| Debtor(s) | § | |
| | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                              Assets Exempt:

Total Distributions to Claimants:              Claims Discharged
                                               Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter    on           . The case was pending for    months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Date:_____    By:/s/GINA B. KROL_____
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GMAC |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  | **$** | **$** | **$** | **$** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| INTERNATIONAL SURETIES LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Americredit | | | | | |
| Collection | | | | | |
| Corus Bank | | | | | |
| Dependon Collection Service | | | | | |
| Direct Loans | | | | | |
| Direct Merchants | | | | | |
| First Selection Corp | | | | | |
| Gold Key Credit | | | | | |
| Lord & Taylor | | | | | |
| Medical Collections | | | | | |
| Montgomey Ward | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NCO-Med Cir | | | | | |
| NCO-Medcir | | | | | |
| Nes/Idapp | | | | | |
| Philip Girigis | | | | | |
| Quest Diagnostics | | | | | |
| Sears | | | | | |
| Von Maur | | | | | |
| US DEPARTMENT OF EDUCATION | | | | | |
| ASSET ACCEPTANCE | | | | | |
| ASSET ACCEPTANCE | | | | | |
| ASSET ACCEPTANCE | | | | | |
| ASSET ACCEPTANCE | | | | | |
| CAVALRY PORTFOLIO SERVICES LLC ASSI | | | | | |
| CREDIGY RECEIVABLES INC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | $ | $ | $ | $ |

**FORM 1**

Case 05-44528 Doc 30 Filed 10/20/09 Entered 10/20/09 13:36:18 Desc Main
Case 05-44528 INDIVIDUAL ESTATE PROPERTY RECORD AND
Document ASSET CASES Page 7 of 14

Page: 1

| Case No: | 05-44528 | SQU | Judge: JOHN H. SQUIRES | | Trustee Name: | GINA B. KROL | Exhibit 8 |
| Case Name: | GEMKOW, RONALD L | | | | Date Filed (f) or Converted (c): | 10/05/05 (f) | |
| | GEMKOW, MARY D | | | | 341(a) Meeting Date: | 11/16/05 | |
| For Period Ending: 10/08/09 | | | | | Claims Bar Date: | 03/26/06 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. BANK ACCONTS | 400.00 | 0.00 | DA | 0.00 | FA |
| 2. Security Deposit | 1,400.00 | 0.00 | DA | 0.00 | FA |
| 3. Household Goods | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 4. CLOTHES | 600.00 | 0.00 | DA | 0.00 | FA |
| 5. FUR COAT | 300.00 | 0.00 | DA | 0.00 | FA |
| 6. Life Insurance | 10,670.84 | 10,670.84 | | 12,374.13 | FA |
| 7. 401(K) | 12,646.06 | 0.00 | DA | 0.00 | FA |
| 8. IRA | 913.00 | 0.00 | DA | 0.00 | FA |
| 9. INHERITANCE (u) | 0.00 | 5,345.44 | | 5,345.44 | FA |
| 10. Stock | 6,400.00 | 0.00 | | 1,249.34 | FA |
| 11. Automobile | 8,375.00 | 0.00 | DA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 383.67 | Unknown |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $42,704.90 | $16,016.28 | | $19,352.58 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

UST Form 101-7-TDR (4/1/2009) *(Page: 7)*

LFORM1  Ver: 14.31c

**FORM 1**

Case 05-44528 INDIVIDUAL ESTATE PROPERTY RECORD AND Doc 30 Filed 10/20/09 Entered 10/20/09 13:36:18 Desc Main
ASSET CASES
Document Page 8 of 14

Page: 2

| | | |
|---|---|---|
| Case No: | 05-44528  SQU  Judge: JOHN H. SQUIRES | Trustee Name: GINA B. KROL |
| Case Name: | GEMKOW, RONALD L | Date Filed (f) or Converted (c): 10/05/05 (f) |
| | GEMKOW, MARY D | 341(a) Meeting Date: 11/16/05 |
| | | Claims Bar Date: 03/26/06 |

Exhibit 8

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee to review claims and prepare final report

Initial Projected Date of Final Report (TFR): 12/31/06     Current Projected Date of Final Report (TFR): 06/30/09

_____  Date: _____

GINA B. KROL

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 05-44528 -SQU | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- |
| Case Name: | GEMKOW, RONALD L | | Bank Name: | BANK OF AMERICA, N.A. |
| | GEMKOW, MARY D | | Account Number / CD #: | *******2997 Interest earning MMA Account |
| Taxpayer ID No: | *******6299 | | | |
| For Period Ending: | 10/08/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C 12/12/05 | 10 | MetLife<br>JP Morgan Chase Bank<br>One Chase Manhattan Plaza<br>New York, NY 10081 | | 1129-000 | 624.67 | | 624.67 |
| C 12/12/05 | 9 | Prudential Finanial<br>P.O. Box 13069<br>Philadelphia, PA 19176 | | 1229-000 | 1,285.34 | | 1,910.01 |
| C 12/12/05 | 9 | Edward Jones<br>201 Progress Parkway<br>Maryland Heights, MO 63043 | | 1229-000 | 4,060.10 | | 5,970.11 |
| C 12/20/05 | 6 | Metropolitan Life<br>One Chase Manhattan Plaza<br>New York, NY 10081 | | 1129-000 | 12,374.13 | | 18,344.24 |
| C 12/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 3.44 | | 18,347.68 |
| C 01/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 9.35 | | 18,357.03 |
| C 02/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 13.08 | | 18,370.11 |
| C 03/01/06 | 000301 | International Sureties<br>Suite 500<br>203 Carondelet Street<br>New Orleans, LA 70130 | BOND<br>BOND | 2300-000 | | 9.56 | 18,360.55 |
| C 03/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 15.60 | | 18,376.15 |
| C 04/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 15.10 | | 18,391.25 |
| C 05/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 15.63 | | 18,406.88 |

UST Form 101-7-TDR (4/1/2009) *(Page: 9)*

LFORM2T4 Ver: 14.31c

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 05-44528 -SQU | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- |
| Case Name: | GEMKOW, RONALD L | | Bank Name: | BANK OF AMERICA, N.A. |
| | GEMKOW, MARY D | | Account Number / CD #: | *******2997  Interest earning MMA Account |
| Taxpayer ID No: | *******6299 | | | |
| For Period Ending: | 10/08/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C | 06/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 15.13 | | 18,422.01 |
| C | 07/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 15.65 | | 18,437.66 |
| C | 08/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 15.66 | | 18,453.32 |
| C | 09/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 15.16 | | 18,468.48 |
| C | 10/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 15.69 | | 18,484.17 |
| C | 11/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 15.19 | | 18,499.36 |
| C | 12/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 15.71 | | 18,515.07 |
| C | 01/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 15.73 | | 18,530.80 |
| C | 02/15/07 | 000302 | International Sureties, Ltd.<br>Suite 500<br>203 Carondelet Street<br>New Orleans, LA  70130 | BOND<br>BOND | 2300-000 | | 14.30 | 18,516.50 |
| C | 02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 14.21 | | 18,530.71 |
| C | 03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 15.73 | | 18,546.44 |
| C | 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 15.25 | | 18,561.69 |
| C | 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 15.76 | | 18,577.45 |
| C | 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 15.26 | | 18,592.71 |
| C | 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 15.80 | | 18,608.51 |
| C | 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 15.80 | | 18,624.31 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 05-44528 -SQU | | Trustee Name: | GINA B. KROL |
| Case Name: | GEMKOW, RONALD L | | Bank Name: | BANK OF AMERICA, N.A. |
| | GEMKOW, MARY D | | Account Number / CD #: | *******2997 Interest earning MMA Account |
| Taxpayer ID No: | *******6299 | | | |
| For Period Ending: | 10/08/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C  09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.750 | 1270-000 | 11.86 | | 18,636.17 |
| C  10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.750 | 1270-000 | 11.88 | | 18,648.05 |
| C  11/30/07 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 9.96 | | 18,658.01 |
| C  12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.500 | 1270-000 | 8.92 | | 18,666.93 |
| C  01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.400 | 1270-000 | 7.40 | | 18,674.33 |
| C  02/11/08 | 000303 | International Sureties, Ltd.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA  70139 | | 2300-000 | | 17.56 | 18,656.77 |
| C  02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.300 | 1270-000 | 4.44 | | 18,661.21 |
| C  03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 4.41 | | 18,665.62 |
| C  04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 3.82 | | 18,669.44 |
| C  05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 2.37 | | 18,671.81 |
| C  06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 2.30 | | 18,674.11 |
| C  07/31/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 2.37 | | 18,676.48 |
| C  08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 2.37 | | 18,678.85 |
| C  09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 2.30 | | 18,681.15 |
| C  10/31/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 1.81 | | 18,682.96 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 05-44528 -SQU | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- |
| Case Name: | GEMKOW, RONALD L | | Bank Name: | BANK OF AMERICA, N.A. |
| | GEMKOW, MARY D | | Account Number / CD #: | *******2997 Interest earning MMA Account |
| Taxpayer ID No: | *******6299 | | | |
| For Period Ending: | 10/08/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 1.53 | | 18,684.49 |
| C 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.94 | | 18,685.43 |
| C 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.15 | | 18,685.58 |
| C 02/17/09 | 000304 | International Sureties Ltd. Suite 420 701 Poydras St. New Orleans, LA 70139 | BOND BOND | 2300-000 | | 14.55 | 18,671.03 |
| C 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.14 | | 18,671.17 |
| C 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.16 | | 18,671.33 |
| C 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.41 | | 18,671.74 |
| C 05/14/09 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.20 | | 18,671.94 |
| C t 05/14/09 | | Transfer to Acct #*******9815 | Final Posting Transfer | 9999-000 | | 18,671.94 | 0.00 |

\* Reversed
t Funds Transfer
C Bank Cleared

| Account *******2997 | Balance Forward | 0.00 | | | |
| --- | --- | --- | --- | --- | --- |
| 4 | Deposits | 18,344.24 | 4 | Checks | 55.97 |
| 42 | Interest Postings | 383.67 | 0 | Adjustments Out | 0.00 |
| | | | 1 | Transfers Out | 18,671.94 |
| | Subtotal | $ 18,727.91 | | | |
| | | | | Total | $ 18,727.91 |
| 0 | Adjustments In | 0.00 | | | |
| 0 | Transfers In | 0.00 | | | |
| | Total | $ 18,727.91 | | | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 05-44528 -SQU | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | GEMKOW, RONALD L | | Bank Name: | BANK OF AMERICA, N.A. |
| | GEMKOW, MARY D | | Account Number / CD #: | *******9815  BofA - Checking Account |
| Taxpayer ID No: | *******6299 | | | |
| For Period Ending: | 10/08/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C t  05/14/09 | | Transfer from Acct #*******2997 | Transfer In From MMA Account | 9999-000 | 18,671.94 | | 18,671.94 |
| C   05/20/09 | 003001 | GINA B. KROL<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL  60602-0000 | Chapter 7 Compensation/Fees | 2100-000 | | 2,622.71 | 16,049.23 |
| C   05/20/09 | 003002 | US DEPARTMENT OF EDUCATION<br>DIRECT LOAN SERVICING CENTER<br>PO BOX 5609<br>GREENVILLE, TX 75403-5609 | Claim 000006, Payment 46.47180% | 7100-000 | | 2,271.96 | 13,777.27 |
| C   05/20/09 | 003003 | Asset Acceptance<br>PO Box 2036<br>Warren, MI 48090 | Claim 000001, Payment 46.47178% | 7100-900 | | 3,104.38 | 10,672.89 |
| C   05/20/09 | 003004 | Asset Acceptance<br>PO Box 2036<br>Warren, MI 48090 | Claim 000002, Payment 46.47180% | 7100-900 | | 1,318.14 | 9,354.75 |
| C   05/20/09 | 003005 | Asset Acceptance<br>PO Box 2036<br>Warren, MI 48090 | Claim 000003, Payment 46.47172% | 7100-900 | | 5,221.47 | 4,133.28 |
| C   05/20/09 | 003006 | Asset Acceptance<br>PO Box 2036<br>Warren, MI 48090 | Claim 000004, Payment 46.47174% | 7100-900 | | 687.08 | 3,446.20 |
| C   05/20/09 | 003007 | Credigy Receivables Inc<br>Credigy Services Corp<br>POB 2689<br>Suwanee, GA 30024 | Claim 000005, Payment 46.47172% | 7100-900 | | 2,433.58 | 1,012.62 |
| C   05/20/09 | 003008 | Cavalry Portfolio Services LLC assignee of Mobil | Claim 000007, Payment 46.47178% | 7100-900 | | 1,012.62 | 0.00 |

UST Form 101-7-TDR (4/1/2009) *(Page: 13)*

LFORM2T4

Ver: 14.31c

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 6

Exhibit 9

| Case No: | 05-44528 -SQU | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- |
| Case Name: | GEMKOW, RONALD L | Bank Name: | BANK OF AMERICA, N.A. |
|  | GEMKOW, MARY D | Account Number / CD #: | *******9815  BofA - Checking Account |
| Taxpayer ID No: | *******6299 |  |  |
| For Period Ending: | 10/08/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  | 7 Skyline Drive  Third Floor Hawthorne, NY 10532 |  |  |  |  |

\* Reversed
t Funds Transfer
C Bank Cleared

| Account *******9815 | Balance Forward | 0.00 |  |  |  |
| --- | --- | --- | --- | --- | --- |
|  | 0 Deposits | 0.00 | 8 | Checks | 18,671.94 |
|  | 0 Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
|  |  |  | 0 | Transfers Out | 0.00 |
|  | Subtotal | $  0.00 |  |  |  |
|  |  |  |  | Total | $  18,671.94 |
|  | 0 Adjustments In | 0.00 |  |  |  |
|  | 1 Transfers In | 18,671.94 |  |  |  |
|  | Total | $  18,671.94 |  |  |  |

| Report Totals | Balance Forward | 0.00 |  |  |  |
| --- | --- | --- | --- | --- | --- |
|  | 4 Deposits | 18,344.24 | 12 | Checks | 18,727.91 |
|  | 42 Interest Postings | 383.67 | 0 | Adjustments Out | 0.00 |
|  |  |  | 1 | Transfers Out | 18,671.94 |
|  | Subtotal | $  18,727.91 |  |  |  |
|  |  |  |  | Total | $  37,399.85 |
|  | 0 Adjustments In | 0.00 |  |  |  |
|  | 1 Transfers In | 18,671.94 |  |  |  |
|  | Total | $  37,399.85 | Net Total Balance | $  0.00 |

/s/    GINA B. KROL
Trustee's Signature: _____  Date: 10/08/09
          GINA B. KROL

UST Form 101-7-TDR (4/1/2009) *(Page: 14)*

LFORM2T4

Ver: 14.31c